# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

AUSTIN LAZAR,

    Plaintiff,

v.

DON BOURBON, SHELBY WILCOX, PIERCE COUNTY SHERIFF'S DEPT.,

    Defendants.

CASE NO. 3:18-CV-05175-RBL-DWC

ORDER TO SHOW CAUSE

Plaintiff Austin Lazar, proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. § 1983. *See* Dkt. 1-1.[1] Having reviewed and screened Plaintiff's Complaint under 28 U.S.C. § 1915A, the Court declined to serve the Complaint, but notified Plaintiff of the deficiencies of his Complaint and provided him leave to file an amended pleading by April 13, 2018 ("Order to Show Cause"). Dkt. 3.

---

[1] Plaintiff also filed a Motion for Leave to Proceed *In Forma Pauperis*. Dkt. 1. However, the Court finds it improbable Plaintiff will be able to cure the deficiencies of his Complaint and therefore will not rule on the request to proceed *in forma pauperis* until Plaintiff has filed an amended complaint.

Plaintiff has not meaningfully responded to the Order to Show Cause. On March 20 2018, Plaintiff filed a pleading requesting the Court obtain discovery and information about his state warrant. Dkt. 4. And, on April 9, 2018, Plaintiff filed a portion of a case regarding a city ordinance in Chicago, Illinois. Dkt. 5. Plaintiff also filed a new lawsuit on April 9, 2018 against the same Defendants named in the above-captioned case –Don Bourbon, Shelby Wilcox, and Pierce County Sheriff's Department –. *See Lazar v. Bourbon, et al.*, 3:18-cv-5278-BHS-TLF (W.D. Wash.).

As Plaintiff has not meaningfully responded to the Order to Show Cause and has filed a separate lawsuit against Defendants, the Court directs Plaintiff to show cause why the above-captioned action should not be dismissed. Plaintiff must respond to this Order and file an amended complaint curing the deficiencies identified in the Order to Show Cause or before June 1, 2018. If Plaintiff fails to respond to this Order, the Court will recommend dismissal of this action.

Dated this 3rd day of May, 2018.

David W. Christel
United States Magistrate Judge